DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Outlaw<br><br>Case below:<br>159 N.C. App. 423 | No. 425P03 | AG's Motion for Temporary Stay<br>(COA02-584) | Denied<br>**08/14/03** |
| State v. Parker<br><br>Case below:<br>Sampson County<br>Superior Court | No. 152A97-2 | Def's PWC to Review the Order of the<br>Superior Court | Denied |
| State v. Parker<br><br>Case below:<br>157 N.C. App. 575 | No. 272P03 | Def's (Boone) PDR Under N.C.G.S. § 7A-31<br>(COA02-386) | Denied |
| State v. Phelps<br><br>Case below:<br>156 N.C. App. 119 | No. 165A03 | 1. Def's NOA Based Upon a Dissent<br>(COA02-149)<br><br>2. Def'S NOA Based Upon a<br>Constitutional Question<br><br>3. Def's PDR as to Additional Issues<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. ——<br><br>3. Denied<br><br>2. Allowed |
| State v. Plemmons<br><br>Case below:<br>149 N.C. App. 974 | No. 223P02 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA01-323)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss PDR | 1. Dismissed<br>Ex Mero Motu<br><br>2. Denied<br><br>3. Dismissed as<br>Moot |
| State v. Poindexter<br><br>Case below:<br>Randolph County<br>Superior Court | No. 563A99-2 | Def's Motion to Extend Time for Trial<br>Court to Conduct Evidentiary Hearing on<br>or Before 18 November 2003 | Allowed<br>**07/07/03** |
| State v. Pyle<br><br>Case below:<br>156 N.C. App. 699 | No. 327P03 | Def's Motion for Appropriate Relief<br>(COA02-495) | Denied |
| State v. Sartori<br><br>Case below:<br>155 N.C. App. 776 | No. 323P98-2 | 1. Def's PWC to Review the Decision of<br>the COA (COA02-476) (Filed as NOA<br>Based on Constitutional Question)<br><br>2. Def's PWC to Review the Decision of<br>the COA (Filed as PDR) | 1. Dismissed<br>ex mero motu<br><br>2. Denied |
| State v. Sines<br><br>Case below:<br>158 N.C. App. 79 | No. 322P03 | Def's PWC to Review the Decision of the<br>COA (COA02-741) | Denied |